3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARION WEBB,

Defendant.
______________________________/

Case: **2:26–cr–20533**
Assigned To : **Parker, Linda V.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **8/19/2026 02:40 PM**
Description: **IND USA V. SEALED MATTER (DA)**

Violation:
18 U.S.C. § 922(o)

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about August 25, 2025, in the Eastern District of Michigan, Southern Division, the defendant, DARION WEBB, knowingly possessed a machinegun, as defined by 26 U.S.C. § 5845(b), that is one Glock Model 23, .40 caliber pistol equipped with a machinegun conversion device, in violation of Title 18, United States Code, Section 922(o).

**FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant, DARION WEBB, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461, any firearm or ammunition involved in said offense, including but not limited to: one Glock Model 23, .40 caliber pistol and one machinegun conversion device .

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
Mark Bilkovic
Assistant United States Attorney
Chief, Violent and Major Crimes Unit

*s/ Blake S. Hatlem*
Blake S. Hatlem
Assistant United States Attorney

Dated: August 19, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover |
| --- | --- |

Case: 2:26–cr–20533
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 8/19/2026 02:40 pm
Description: IND USA V. SEALED MATTER (DA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complet

| Companion Case Information | Companion Case Number: |
| --- | --- |
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** BH |

**Case Title:** USA v. Darion Webb

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** ______________ **Judge:** ______________

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 19, 2026
Date

Blake Hatlem
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Blake.Hatlem@usdoj.gov
(313) 226-9613
Bar #: P58969

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.